IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Ward, Fred

Printed: 01/06/09

Case Number: 08 B 03648
Judge: Goldgar, A. Benjamin
Filed: 2/18/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: November 25, 2008
Confirmed: April 29, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 2,420.00 |  |
| Secured: |  | 60.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,202.70 |
| Trustee Fee: |  | 157.30 |
| Other Funds: |  | 0.00 |
| Totals: | 2,420.00 | 2,420.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,381.50 | 2,202.70 |
| 2. | First Midwest Bank | Secured | 0.00 | 0.00 |
| 3. | Wilshire Credit Corp | Secured | 0.00 | 0.00 |
| 4. | Fremont Investment & Loan | Secured | 0.00 | 0.00 |
| 5. | Cook County Treasurer | Secured | 0.00 | 0.00 |
| 6. | Fremont Investment & Loan | Secured | 0.00 | 0.00 |
| 7. | Cook County Treasurer | Secured | 5,800.00 | 60.00 |
| 8. | Wilshire Credit Corp | Secured | 21,987.87 | 0.00 |
| 9. | Portfolio Recovery Associates | Unsecured | 3,891.56 | 0.00 |
| 10. | Resurgent Capital Services | Unsecured | 6,073.36 | 0.00 |
| 11. | American Express | Unsecured | 1,177.23 | 0.00 |
| 12. | American Express | Unsecured | 3,207.24 | 0.00 |
| 13. | Resurgent Capital Services | Unsecured | 1,203.64 | 0.00 |
| 14. | Ginny's | Unsecured | 524.43 | 0.00 |
| 15. | Asset Acceptance | Unsecured | 7,291.53 | 0.00 |
| 16. | Cook County Treasurer | Unsecured | 1,873.45 | 0.00 |
| 17. | Target National Bank | Unsecured | 444.28 | 0.00 |
| 18. | Illinois Dept of Revenue | Unsecured | 0.00 | 0.00 |
| 19. | Fremont Investment & Loan | Secured |  | No Claim Filed |
| 20. | Chase Manhattan Mortgage Corp | Secured |  | No Claim Filed |
| 21. | Barclays Bank of Delaware | Unsecured |  | No Claim Filed |
| 22. | HSBC | Unsecured |  | No Claim Filed |
| 23. | Nicor Gas | Unsecured |  | No Claim Filed |
| 24. | Merchant Credit Guide | Unsecured |  | No Claim Filed |
| | | | $ 56,856.09 | $ 2,262.70 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Ward, Fred

Printed: 01/06/09

Case Number:  08 B 03648
Judge:  Goldgar, A. Benjamin
Filed:  2/18/08

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 157.30 |
| | $ 157.30 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

